IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Kenneth Wayne Barnes,   #326400, | ) | C.A. No. 3:10-1474-TLW-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Ronald Wilson, Sargent, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The *pro se* plaintiff filed this action pursuant to Title 42, United States Code, Section 1983 on June 18, 2010. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge McCrorey recommends that the defendant's motion to dismiss be granted and that this action be dismissed without prejudice. (Doc. # 17). No objections to the Report have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

1

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 17), defendant's motion to dismiss is **GRANTED** (Doc. # 10), and this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

                                           s/ Terry L. Wooten
                                           TERRY L. WOOTEN
                                           UNITED STATES DISTRICT JUDGE

January 26, 2011
Florence, South Carolina